CARL J. MARSHALL et al., Appellants, v. NEW YORK STATE ELECTRIC & GAS CORPORATION et al., Respondents.—

Bergan, P. J., Gibson, Herlihy and Taylor, JJ., concur.